BRIGHT, Circuit Judge,
concurring.
I concur in the fine opinion of Judge Wollman, and I disagree with my respected colleague Chief Judge Riley that this court wrongly decided Tyler.
I recognize that we generally do not look at the specific facts of a prior conviction when deciding whether it qualifies as a crime of violence. See Tyler, 580 F.3d at 725. But I write separately to express that when sentencing Furqueron on remand, the district court may consider under 18 U.S.C. § 3553(a) whether Furqueron’s escape from a county jail posed an actual threat of violence to anyone. The judge may sentence the offender below the guidelines, taking the § 3553(a) factors into account and exercising informed discretion.